UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-20348-UU

MICHAEL FRIDMAN and
ALEXANDRA PERLMAN,
individually and on behalf of all
others similarly situated,

   Plaintiffs,

v.

THE COLLECTION LLC,

   Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

  Plaintiffs Michael Fridman and Alexandra Perlman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss the instant action. All claims of Plaintiffs Michael Fridman and Alexandra Perlman, individually, are hereby dismissed <u>without</u> prejudice.

Date: September 12, 2019

        Respectfully submitted,

        **HIRALDO P.A.**

        <u>/s/ Manuel S. Hiraldo</u>
        Manuel S. Hiraldo, Esq.
        Florida Bar No. 030380
        401 E. Las Olas Boulevard
        Suite 1400
        Ft. Lauderdale, Florida 33301
        mhiraldo@hiraldolaw.com
        Telephone: 954.400.4713

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
