UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-20348-UU

MICHAEL FRIDMAN and
ALEXANDRA PERLMAN,

    Plaintiffs,

v.

THE COLLECTION LLC,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice.  D.E. 39.

THE COURT has reviewed the Notice and the pertinent portions of the record and is otherwise fully advised in the premises.  On September 12, 2019, Plaintiffs filed the Notice of Voluntary Dismissal informing the Court that they dismissed this action without prejudice against Defendant.  D.E. 39.  Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that this case remains closed.  All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _16th_ day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc:  all counsel of record via cm/ecf